IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE ) <br> (PPA) PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> This document relates to: ) <br> ) <br> CALVIN HOBSON ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BAYER CONSUMER CARE, ) <br> *A Division of Bayer Corporation* ) <br> ) <br> Defendant, ) <br> ) | CASE NO. 3:03-cv-00461-WHB-AGN <br><br> [PROPOSED] ORDER OF DISMISSAL <br> WITH PREJUDICE BASED ON <br> DEFENDANT'S MOTION TO DISMISS |

ORDER OF DISMISSAL WITH PREJUDICE BASED ON DEFENDANT'S
MOTION TO DISMISS

THIS MATTER having come before the Court upon notification by counsel that the Plaintiff Calvin Hobson, has failed to comply with the Court's October 27, 2005, Order, and the Court having reviewed the files and records, finds that Plaintiff has failed to comply with this Court's Order. Plaintiff has been given ample opportunity to comply with this Court's Order and has received warning that failure to comply would result in dismissal of this action with prejudice.

IT IS HEREBY ORDERED that all remaining claims in this action asserted by Plaintiff, and by anyone suing, through or under him, including, but not limited to, any loss of consortium claims against all Defendants, are hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Dated this 27th day of December, 2005.

s/William H. Barbour, Jr.

UNITED STATES DISTRICT JUDGE